UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| REVEREND PATRICK J. MAHONEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 21-2314 (JEB) |
| | ) | |
| UNITED STATES CAPITOL | ) | |
| POLICE BOARD, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF SCOTT GROSSI

I, Lieutenant Scott Grossi, have personal knowledge of the following facts and will testify to them, if called to do so:

1.      I am the Special Events Section Commander for the United States Capitol Police ("USCP" or "Department") and have served in this capacity since March 2020.  I have been a member of the USCP since March of 2003.

2.      The Capitol Police Board has designated the USCP Special Events Section to receive and process applications for individuals or groups to use the Capitol Grounds for demonstrations or other organized activities.

3.      As the Special Events Section Commander, I ensure that permits are processed in accordance with the *Traffic Regulations for the U.S. Capitol Grounds*, as established by the U.S. Capitol Police Board, and the USCP's *Guidelines for Conducting an Event on United States Capitol Grounds.*

4.      Under these regulations, "no group of twenty (20) persons or more shall engage in demonstration activity on Capitol Grounds except pursuant to the terms of a permit issued by the Capitol Police Board," or the USCP Special Events Section.  A permit is not required for groups

of fewer than twenty individuals. (A true copy of the *Traffic Regulations for the U.S. Capitol Grounds* ("CTRs") is attached to this Declaration as Exhibit 1.) *See* CTR §§ 12.3.10, 12.4.10.

5.      Once processed by the Special Events Section and approved by the Chief of the Capitol Police, the permit authorizes individuals or groups to use the Capitol Grounds for a specific purpose and for a specified amount of time.

6.      The purpose of the Capitol Police Board regulations and guidelines is to ensure public health and safety during activities, while shielding the Congressional community from threats and violence.

7.      In fulfilling this purpose, the Capitol Police Board determines which areas within the Capitol Grounds may be temporarily restricted or permanently prohibited for public use or access. This determination may be based on events or circumstances ranging from Presidential Inaugural ceremonies to lingering threats posed by insurrectionist groups. (A true copy of the Demonstration Map is attached to this Declaration as Exhibit 2.)

8.      Section 12.2.10 of the CTRs, Permissible Demonstration Areas, specifically notes that, "Demonstration activity is allowed in designated areas as indicated on the 'United States Capitol Grounds Demonstration Areas Map,' as amended."

9.      Section 12.2.20 of the CTRs, Prohibited Demonstration Areas, notes further that, "No person or group of any size may engage in demonstration activity . . . in any area otherwise closed or restricted for official use."

10.     On January 6, 2021, thousands of insurrectionists stormed the Capitol Building and Capitol Grounds significantly damaging windows, doors, and other points of entry.

11.     On January 8, 2021, the Capitol Police Board restricted public access to certain areas within the Capitol Grounds to limit exposure and protect against threats to the damaged

Capitol Building and the Congressional community. Outer and inner perimeter fencing was installed as an additional security measure.

12.     As of March 28, 2021, the Capitol Police Board authorized the removal of the outer perimeter fencing to permit demonstrations and other activity. (A true copy of the March 28, 2021, Board Order is attached to this Declaration as Exhibit 3.)

13.     As of July 11, 2021, the Capitol Police Board authorized the removal of the inner perimeter fencing.

14.     The areas in closest proximity to the Capitol Building, the area known as Capitol Square (Areas 1, 8, 9, 10, and 11 on the Demonstration Map) remain temporarily restricted to demonstration groups of 20 or more. Groups of fewer than 20 can demonstrate even without a permit in any area that is not fenced off or otherwise strictly prohibited, such as the Capitol steps. CTR § 12.3.10.

15.     I am aware that in July and August of 2021, the USCP and the Capitol Police Board were in discussions about which demonstration areas to re-open given the removal of the interior fence. Ultimately, on September 2, 2021, the Board approved Board Order 21-15, which opened nine additional demonstration areas (although two remain temporarily closed for construction). However, "based upon the recommendation of the United States Capitol Police, an evaluation of the current security posture of the Capitol complex, and the upcoming demonstrations on the Capitol Grounds and in the city" the five areas within Capitol Square were to remain closed to demonstrations of more than 19 people. (A true copy of the September 2, 2021, Board Order is attached to this Declaration as Exhibit 4.)

3

16.     As the USCP Special Events Section Commander, I can only process permit requests for demonstrations or organized activity involving more than 19 people in non-restricted or non-prohibited areas.

17.     Since July 11, 2021, the USCP Special Event Section has received approximately 13 permit applications to access Area 1.  We have been unable to process or permit the use of these areas by any of the groups with two exceptions, both for events on July 27, 2021.

18.     In July, the USCP Special Events Section processed an event sponsored by a Member of Congress for the afternoon of July 27, 2021, in Area 1, and that event was held.

19.     That same month, the USCP Special Events Section was also contacted by staff of a different Member's office seeking to have a separate event on the East Front of the Capitol within Capitol Square on July 22, 2021.  Ultimately this event was held on the morning of July 27, 2021, in Area 1.  Although this event ended up being sponsored by the American Conservative Union, to my understanding both the original requesting Member, an additional Senator, and their staff strongly advocated that a permit be granted for this event. The American Conservative Union event was attended by several Members, Senators, and their staff.[1]

20.     Traditionally events sponsored or organized by Members of Congress are not subject to the rules regarding demonstrations on Capitol Grounds due to the unique nature of a Member's constitutional duties.

21.     In addition, 40 U.S.C. § 5104 contains the statutory prohibition against engaging in disorderly or disruptive conduct on the Capitol Grounds, demonstrating within Capitol

---

[1]      https://www.rickscott.senate.gov/2021/7/photo-release-sen-rick-scott-at-cuba-libre-rally-where-is-joe-biden.

4

Buildings, or obstructing passage on the Grounds (*see* 40 U.S.C. § 5104(e)(2)(D), (F) and (G)).

The same statute, however, further provides:,

> **(3) EXEMPTION OF GOVERNMENT OFFICIALS.**—This subsection does not prohibit any act performed in the lawful discharge of official duties by—
>
> **(A)** a Member of Congress;
>
> **(B)** an employee of a Member of Congress;
>
> **(C)** an officer or employee of Congress or a committee of Congress; or
>
> **(D)** an officer or employee of either House of Congress or a committee of that House.

40 U.S.C. § 5104(e)(3).

22.     I am also aware that Member Cori Bush conducted an unpermitted demonstration/sleep-in on the East Front stairs for several days in early August. No permit application was filed with the USCP Special Events Section for this demonstration. (Note that the East Front stairs are never permitted for demonstrations even when Capitol Square is otherwise available for demonstrations.)

23.     During this event it is my understanding that Member Bush and other Members of Congress were present during the demonstrations, which lasted overnight. When the attendance of these Members ceased, the remaining demonstrators were told they were violation of the demonstration rules and given appropriate warnings.

24.     I am aware that on or about July 9, 2021, Reverend Patrick J. Mahoney submitted a permit application to the USCP Special Events Section. He sought to conduct a demonstration or organized activity in Area 1 on the Demonstration Map ("Lower Western Terrace" in his request) related to the 20th anniversary of September 11th.

25.     Area 1 is near the Capitol Building on the Lower West Terrace. Access to this area, along with the entire area known as Capitol Square, an area bounded by First Streets, NE

and SE, Constitution Avenue, NW and NE, First Street, NW and SW and Independence Avenue, SW and SE, has been temporarily restricted to groups over 19 given its proximity to the Capitol Building and the continued concerns of large groups gathering to close to the Capitol. As permits are not required for groups of fewer than 20 and the area is no longer enclosed by a fence, Rev. Mahoney could have an event with fewer than 20 people at his chosen location, Area 1. Rev. Mahoney could also have an event with 20 or more people at the many other open demonstration areas near the Capitol, including one of the areas recently re-opened for demonstration by the Capitol Police Board on September 2.

26.     On August 19, 2021, the USCP Special Events Section informed Rev. Mahoney in writing that it could not process his application for Area 1 because Area 1 was temporarily closed for demonstrations.

27.     On August 20, 2021, the USCP Special Events Section informed Rev. Mahoney in writing: "Currently, Area 1 and the East Front Areas are not authorized for permitted demonstrations, but our office is available to assist you with finding an authorized area to conduct your First Amendment activity."

28.     On August 24, 2021, Rev. Mahoney submitted a revised application for a demonstration on September 11, 2021, this time requesting to hold a prayer vigil on Area 10 on the East Front. However, since that area also is temporarily closed, the USCP Special Events Section informed Rev. Mahoney on August 26, 2021 via email that "the areas on the East Front of Capitol Grounds, to include Area #10, are currently closed. We would be happy to work with you on the application for September 11, 2021, in one of the available locations on Capitol Grounds."

29.     Finally, I am aware of a pending permit application with the USCP Special Events Section for September 18, 2021, for Area 15 (Union Square) by a group called Look Ahead America that is holding a demonstration/rally titled "Justice for J6" to support the "political prisoners" from January 6th.  The current permit states that the event is expected to attract 700 demonstrators.

                    *       *       *       *       *

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct concerning my knowledge of Mr. Mahoney's permit application as of September 8, 2021.

Executed on this 8th day of September 2021.

                                        Lieutenant Scott L. Grossi
                                        United States Capitol Police
                                        Special Event Section Commander

# EXHIBIT 1

# TRAFFIC REGULATIONS

## FOR THE

# UNITED STATES CAPITOL GROUNDS



PROMULGATED BY
**THE CAPITOL POLICE BOARD**
UNITED STATES CAPITOL
WASHINGTON, D.C.

**FINAL PUBLICATION**

Amended
**FEBRUARY 17, 2019**

# CHAPTER 12
# DEMONSTRATIONS AND SPECIAL EVENTS

## § 12.1. DEMONSTRATION ACTIVITY

### §12.1.10. DEFINITION

Demonstration activity is defined as any protest, rally, march, vigil, gathering, assembly, projecting of images or similar conduct engaged in for the purpose of expressing political, social, religious or other similar ideas, views or concerns protected by the First Amendment of the United States Constitution.

### §12.1.20. APPLICABILITY

The provisions of this chapter shall be applicable to any one (1) person or group of persons engaged in demonstration activity on Capitol Grounds. The provisions of this chapter shall apply equally to all demonstrators, regardless of viewpoint.

### §12.1.30. SPECIAL EVENTS

Certain events on Capitol Grounds are not considered "demonstrations" for the purposes of this chapter. They are authorized as follows:

   **a.** JOINT RESOLUTION. Parades, assemblages and display of flags, banners or devices designed to bring into public notice a party, organization or movement are not permitted on Capitol Grounds unless concurrently authorized by the President of the Senate and the Speaker of the House of Representatives. [31]

   **b.** BAND CONCERTS. Concerts performed by bands that are in the service of the federal government, at times which will not interfere with Congress, as authorized by the Architect of the Capitol. [32]

   **c.** LOUISIANA AVENUE. Parades, processions or assemblages on that part of Louisiana Avenue located within Capitol Grounds. The Capitol Police Board grants the Mayor of the District of Columbia the authority to permit the use of Louisiana Avenue for these events. [33]

   **d.** TOUR GROUPS. A group organized for the purpose of sightseeing and visiting the Capitol.

   **e.** CEREMONIAL EVENTS AND ENTERTAINMENT. Any small-scale event such as a school band, musical presentation or military reenlistment ceremony. Any

---

[31]   40 U.S.C. § 5104(f) ("Parades, Assemblages and Display of Flags"); 40 U.S.C. § 5106(a) ("Authority to Suspend") *See* Appendix F.

[32]   40 U.S.C. § 5107 ("Concerts on Grounds"). *See* Appendix F.

[33]   40 U.S.C. § 5106(c) ("Authority of Mayor to Permit Use of Louisiana Avenue"). *See* Appendix F.

group wishing to engage in this type of activity must apply for and receive prior written approval from the Board. These events shall only be conducted in assigned areas and must comply with all restrictions, limitations and conditions as determined by the Board.

## § 12.2. GENERAL REQUIREMENTS

### §12.2.10. PERMISSIBLE DEMONSTRATION AREAS

Demonstration activity is allowed in designated areas as indicated on the "United States Capitol Grounds Demonstration Areas Map," as amended.[34]

### §12.2.20. PROHIBITED DEMONSTRATION AREAS

No person or group of any size may engage in demonstration activity on the steps of the United States Capitol, on the steps of any building on Capitol Grounds or in any area otherwise closed or restricted for official use. In addition, projecting of images on any building on Capitol Grounds shall not be permitted.

## § 12.3. GROUPS UNDER TWENTY

### §12.3.10. NO PERMIT REQUIRED

No person or group of less than twenty (20) persons shall be required to obtain a permit.

### §12.3.20. AVAILABILITY

Space for one (1) person or group of less than twenty (20) persons is available on a first-come, first-served basis, subject to the provisions of this chapter.

### §12.3.30. PERMIT ENCOURAGED

One (1) person or group of less than twenty (20) persons that desires to secure a specific demonstration area is encouraged to file an application for a permit. A permit holder will be given priority over any person or group occupying a demonstration area not in possession of a permit. The Board may remove or relocate any person or group of less than twenty (20) persons not in possession of a permit to accommodate permitted demonstration activity or special event as authorized by §12.1.30.

### §12.3.40. PROHIBITIONS

A person or group of less than twenty (20) persons shall not engage in the following:

**a.** SEGMENTING FROM THE GROUP. A person or group of less than twenty (20) persons may engage in demonstration activity without a permit provided that the demonstration activity is not merely a segment of

---

[34] *See* Appendix G. Approved December 5, 2012.

the same group whose complement would consist of twenty (20) or more persons.

**b.** <u>INTERFERENCE</u>. No person or group of less than twenty (20) persons shall engage in demonstration activity that audibly or physically interferes with the demonstration activity of another person or group.

**c.** <u>DENSITY</u>. No person or group of less than twenty (20) persons shall occupy an area in which the density exceeds 4.95 square feet per person, including props and equipment.[35] In no instance shall the per person density of any area exceed that set by the Federal Emergency Management Agency.

**d.** <u>SEVEN DAY LIMITATION</u>. No person or group of less than twenty (20) persons shall engage in demonstration activity for a period that exceeds more than seven (7) consecutive days.

**e.** <u>CONTINUOUS DAILY DEMONSTRATION</u>. No person or group of less than twenty (20) persons shall engage in demonstration activity having a duration of more than twenty-four (24) consecutive hours, including clean-up and the set-up and take down of props and equipment.[36]

### §12.3.50. APPLICABILITY OF OTHER SECTIONS.
With the exception of §12.4, any person or group of less than twenty (20) persons is required to adhere to the provisions of this chapter.

## § 12.4. GROUPS OVER TWENTY

### §12.4.10. PERMIT REQUIRED FOR GROUPS OF TWENTY OR MORE
No group of twenty (20) persons or more shall engage in demonstration activity on Capitol Grounds except pursuant to the terms of a permit issued by the Capitol Police Board.

### §12.4.20. PERMIT APPLICATIONS
**a.** <u>ADVANCE NOTICE</u>. All applications for permits shall be submitted in writing to the Capitol Police Board.[37] An application shall be submitted in writing so as to be received by the Capitol Police Board at least ten (10)

---

[35] "Special Events Contingency Planning," Federal Emergency Management Agency (Mar. 2005).

[36] *Community for Creative Non-Violence v. Carvino, et al.,* 660 F. Supp 744 (D.D.C. 1987); *Community for Creative Non-Violence v. Kerrigan, et.al.,* 865 F.2d 382 (D.C. App. 1989). *See* Appendix H for all related case law.

[37] The Special Events Division of the United States Capitol Police has been designated to receive and process applications. Applications can be obtained by calling (202) 224-8891 or visiting www.uscapitolpolice.gov.

business days in advance of the proposed demonstration activity.

    **b.** <u>CONTENTS</u>. Permit applicants shall provide the following:

        1. Requested area of Capitol Grounds;

        2. Date, time, duration, and nature of the demonstration activity;

        3. Estimated number of participants;

        4. Sponsoring person or organization;

        5. Requested props and equipment; and,

        6. Name, address, telephone number and signature of applicant.

    **c.** <u>WAIVER</u>. The Board may waive notice or reduce the number of days of advance notice if it determines that unforeseen or exceptional circumstances exist.

### §12.4.30. PROCESSING APPLICATIONS AND ISSUANCE OF PERMITS

    **a.** <u>APPROVAL</u>. The Capitol Police Board shall process applications in order of their receipt. Properly completed applications will be given priority over applications that are defective.

    **b.** <u>ISSUANCE</u>. The Board shall issue a permit authorizing peaceable and orderly demonstration activity upon proper and timely application.

    **c.** <u>CONTENTS</u>. Each permit shall clearly identify:

        1. The sponsoring person and organization;

        2. The area on Capitol Grounds where the permitted demonstration activity is to take place;

        3. The date, time and duration of the demonstration activity;

        4. The nature of the event and detailed description of the activity; and,

        5. The number of participants.

    **d.** <u>TACIT APPROVAL</u>. Should the Board fail to act on a properly completed and timely filed application within forty-eight (48) hours prior to the date of the proposed demonstration activity, such application shall be deemed approved by the Board.

### §12.4.40. TERMS AND CONDITIONS

In addition to any additional terms as set forth in the permit, no permit shall be issued that authorizes the following:

    **a.** <u>AREA</u>. No permit shall authorize a group to demonstrate in more than one (1) area per event simultaneously.

    **b.** <u>DENSITY</u>. No permit shall be issued that would exceed a density of five (5) square feet per person in

the requested demonstration area, including props and equipment.

   **c.** <u>SEVEN DAY LIMITATION</u>. No permit shall be issued for a period of more than seven (7) consecutive days.

   **d.** <u>CONTINUOUS DAILY DEMONSTRATION PROHIBITED</u>**.** No permit shall authorize demonstration activity having a duration of more than twenty-four (24) consecutive hours, including clean-up and the set up and take down of props and equipment.[38]

## §12.4.50. GROUPS TO REMAIN IN ASSIGNED AREAS

All groups are required to remain in their assigned demonstration areas throughout the course of the demonstration activity. The same group may not hold a permit to more than one demonstration area at the same time.

## §12.4.60. REVOCATION FOR NON-COMPLIANCE OR FOR CAUSE

In any case in which the terms of the permit are violated, such permit may be revoked by the Capitol Police Board. The Board is authorized to revoke a permit if it determines that continuation of demonstration activity is likely to result in bodily harm or death to an individual, damage to or destruction of any real or personal property or that a breach of the peace is imminent and good order cannot otherwise be maintained.

## § 12.5. PROPS AND EQUIPMENT

The following provisions apply to all persons or groups of persons bringing props and equipment onto Capitol Grounds.

## §12.5.10. GENERAL

   **a.** <u>DEFINITION</u>. Props and equipment include items such as stands, lecterns, sound amplification equipment, chairs, tables, portable sanitary facilities, press and news facilities or other similar items that are reasonably necessary as an integral part of demonstration activity.

   **b.** <u>HEIGHT RESTRICTION</u>. No single prop, piece of equipment or combination thereof may exceed fifteen (15) feet in height.

   **c.** <u>STAGES, RISERS AND PLATFORMS</u>. No stage, riser or platform may exceed two (2) feet in height.

   **d.** <u>UNATTENDED PROPS AND EQUIPMENT</u>. No prop or piece of equipment shall be left unattended while on Capitol Grounds.

   **e.** <u>REMOVAL</u>. All props and equipment must be capable of immediate removal.

---

[38] *Community for Creative Non-Violence v. Kerrigan, et.al.*, 660 F. Supp 744 (D.D.C. 1987); 865 F.2d 382 (D.C. App. 1989). *See* Appendix H for all related case law.

      **f.** <u>TWENTY FOUR HOUR LIMITATION</u>. Props and equipment must be removed frm Capitol Grounds at least once every consecutive twenty-four (24) hour period.[39]

      **g.** <u>CONCLUSION</u>. Demonstration activity is not considered concluded until all props and equipment are removed from Capitol Grounds within the permitted time.

### §12.5.20. ADDITIONAL REQUIREMENTS FOR PERMIT APPLICANTS

      **a.** All permit applicants are required to list props and equipment in their application.

      **b.** Permit applicants must provide a description and the intended use of each such item in the permit application.

      **c.** Any stage, riser or platform must be clearly identified in the permit application and receive Board authorization prior to use.

      **d.** Permit holders are subject to any additional requirements pertaining to props and equipment as determined by the Board and set forth in the permit.

## § 12.6. SIGNS, BANNERS AND PLACARDS

Signs, banners and placards are permissible on Capitol Grounds provided the supports for these items have dull ends, do not exceed ¾ of an inch at their widest point and cannot in any way be construed as a weapon. No nails, screws or bolt-type fastening devices may be protruding from the supports.

## § 12.7. TEMPORARY STRUCTURES

No temporary structure of any kind may be erected on Capitol Grounds. Tents, cabanas, canopies and all other types of covered or enclosed structures are expressly prohibited.[40] No object shall be tied, fastened or suspended to any tree, pole or other landscape or architectural feature on Capitol Grounds.

## § 12.8. AMPLIFICATION AND OTHER NOISE DISTURBANCES

### §12.8.10. AMPLIFICATION EQUIPMENT

Amplification equipment is not permitted on the Lower West Front Terrace or any other location on Capitol Grounds as determined by the Board.

---

[39]    *Id.*

[40]    *See also* §16.6 ("Camping").

### §12.8.20. SOUND PROJECTION

All sound amplification equipment must be projected away from the Capitol and all other Congressional office buildings.

### §12.8.30. UNAMPLIFIED DISTURBANCES

No individual may utter loud, threatening or abusive language or engage in disorderly or disruptive conduct at any place on Capitol Grounds that interferes with any business being conducted in the Capitol or in any of the office building on Capitol Grounds at any time, including during periods of recess.

## § 12.9. ROAD RACES

### §12.9.10. DEFINITION

A road race is any type of sponsored running or cycling event, such as a marathon or triathlon.

### §12.9.20. PERMIT REQUIRED FROM NEIGHBORING AGENCY

No road race will be allowed to traverse Capitol Grounds when the route includes District of Columbia or National Park Service land unless a permit from the Metropolitan Police and National Park Service has been issued.

### §12.9.30. SUNDAYS

Road races are permitted on Sundays only.

### §12.9.40. NO RE-TRACING ON CAPITOL GROUNDS

Road races shall only pass through Capitol Grounds once; there will be no re-tracing of the route on Capitol Grounds.

### §12.9.50. CAPITOL SQUARE

A road race may not occupy more than two (2) streets that comprise Capitol Square.

### §12.9.60. AUTHORIZED ROUTE

Race coordinators must submit documentation that lays out the route of the race. Race participants must remain on the authorized route throughout the course of the race.

## § 12.10. MARCHES

### §12.10.10. PRIOR PERMIT REQUIRED

No march will be authorized without an existing permit from both the Metropolitan Police Department and the National Park Service.

### §12.10.20. AUTHORIZED ROUTE

Participants must submit documentation that lays out the route and remain on the authorized route throughout the march. Unless otherwise authorized by the Board, all marchers are to remain on sidewalks.

## § 12.11. DAMAGE TO CAPITOL GROUNDS

### §12.11.10.  RESTORATION OF GROUNDS

Any person or group of persons that engages in demonstration activity on Capitol Grounds shall restore the grounds to same condition that existed prior to that demonstration activity.

## § 12.12. PERSONAL ACTIVITIES

Wedding ceremonies, graduation ceremonies and other events of a personal nature are not permitted on Capitol Grounds.

## § 12.13. ADDITIONAL CONDITIONS

The Board reserves the right to impose additional reasonable time, place and manner restrictions on any demonstration activity consistent with this chapter in the interest of safety and in order to minimize the obstruction or impediment of vehicular and pedestrian traffic through or within the Capitol Grounds.

# EXHIBIT 2



# UNITED STATES CAPITOL GROUNDS
## DEMONSTRATION AREAS MAP

NOVEMBER 2012

# EXHIBIT 3



# CAPITOL POLICE BOARD
### S-151 The Capitol
### WASHINGTON, DC 20510
PHONE (202) 224-2341



**KAREN H. GIBSON, Chair**
**TIMOTHY P. BLODGETT, Member**
**J. BRETT BLANTON, Member**
**YOGANANDA D. PITTMAN, Ex-Officio Member**

## CAPITOL POLICE BOARD ORDER 21.08

### CONCERNING CERTAIN DEMONSTRATION AREAS
### ON U.S. CAPITOL GROUNDS

With the removal of the outer perimeter fence, the Capitol Police Board hereby reopens

the following areas for demonstrations as shown on the attached United States Capitol Grounds

Demonstration Map: Areas 3, 5, 6, 12 and 15. These areas, along with the following areas that

are remaining open (Areas 16, 17, 18 and 23), shall remain open for demonstrations that may not

exceed 50 people per Capitol Police Board Order 20.12. The following areas, along with any

adjacent sidewalks, shall remain closed to demonstrations: Areas 1, 2, 4, 7, 8, 9, 10, 11, 13, 14,

19, 20, 21, and 22.

So ORDERED and APPROVED this __28th__ Day of March 2021.

Karen H. Gibson
Chair

Timothy P. Blodgett
Member

J. Brett Blanton
Member

# EXHIBIT 4




**CAPITOL POLICE BOARD**
S-151 The Capitol
**WASHINGTON, DC 20510**
PHONE (202) 224-2341

KAREN H. GIBSON, Chair
WILLIAM J. WALKER, Member
J. BRETT BLANTON, Member
J. THOMAS MANGER, Ex-Officio Member

## CAPITOL POLICE BOARD ORDER 21.15

## CONCERNING CERTAIN DEMONSTRATION AREAS
## ON U.S. CAPITOL GROUNDS

The Capitol Police Board (Board) hereby reopens the following areas for demonstrations as shown on the attached United States Capitol Grounds Demonstration Map based upon the recommendation of the United States Capitol Police, an evaluation of the current security posture of the Capitol complex, and the upcoming demonstrations on the Capitol Grounds and in the city: Areas 2, 4, 7, 13, 14, 19, 20, 21, and 22.[1] These areas, and any other areas already opened from prior Board orders, may now host demonstrations that exceed 50 persons.

The following areas, along with any adjacent sidewalks, shall remain closed to demonstrations of 20 persons or more: Areas 1, 8, 9, 10, and 11.  The Board shall review closure of these areas within six months of the issuance of this order.

So ORDERED and APPROVED this  2nd  Day of September 2021.

Kelly Fado signed for General Gibson

**Kelly Fado**
Digitally signed by Kelly Fado
Date: 2021.09.02 13:09:40 -04'00'

Karen H. Gibson
Chair

**William J. Walker**
Digitally signed by William J. Walker
Date: 2021.09.01 18:37:59 -04'00'

William J. Walker
Member

**Blanton, Brett**
Digitally signed by Blanton, Brett
Date: 2021.09.02 11:53:18 -04'00'

J. Brett Blanton, P.E.
Member

Attachment

---

[1] Areas 2 and 4 are currently under construction, so they will remain temporarily closed until the completion of construction, when they can be fully opened for demonstration purposes.