### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **REVEREND PATRICK J. MAHONEY,** | **Civil Action No. 21-2314 (JEB)** |
| *Plaintiff*, | |
| v. | |
| **KAREN H. GIBSON, in her Official Capacity as U.S. Senate Sergeant at Arms and Doorkeeper and Chair, United States Capitol Police Board; WILLIAM P. MCFARLAND, in his Official Capacity as U.S. House of Representatives Sergeant at Arms and Member, United States Capitol Police Board; CHERE REXROAT, in her Official Capacity as Acting Architect of the Capitol and Member, United States Capitol Police Board; and J. THOMAS MANGER, in his Official Capacity as Chief of Police, United States Capitol Police and Ex-Officio Member, United States Capitol Police Board,** | **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PERMANENT INJUNCTION** |
| *Defendants*. | |

Plaintiff Rev. Patrick Mahoney ("Rev. Mahoney") hereby moves for summary judgment under Rule 56(a) of the Federal Rules of Civil Procedure and Local Rule 7(h) on Counts I, II, and IV of his Third Amended Verified Complaint (ECF 69) against Defendants on the ground that there is no genuine dispute as to any material fact and Rev. Mahoney is entitled to judgment as a matter of law on these claims. Rev. Mahoney also requests that the Court enter a permanent injunction under Rule 65 of the Federal Rules of Civil Procedure. Rev. Mahoney has made the showing necessary to warrant entry of an injunction.

This Motion is consistent with the Consent Decree and Order of Partial Dismissal agreed to by the parties (ECF 91) and entered by this Court (ECF 92).

By this Motion, Rev. Mahoney seeks (1) a declaratory judgment that the Traffic Regulations' No Demonstration Zone around the Capitol is unconstitutional, both facially and as applied, insofar as it prohibits demonstration activity on the Eastern Steps and (2) a permanent injunction enjoining Defendants from enforcing the Traffic Regulations' No Demonstration Zone around the Capitol, both facially and as applied, insofar as it prohibits demonstration activity on the Eastern Steps.

This Motion is supported by the accompanying Memorandum of law, Rev. Mahoney's Third Verified Complaint (ECF No. 69), the Stipulations of Fact and exhibits agreed to by the parties, Rev. Mahoney's Request for Judicial Notice and exhibits attached thereto, and the entire record and file herein. Rev. Mahoney further requests an oral hearing pursuant to Local Civil Rule 7(f).

January 17, 2024

Respectfully submitted,

By:/s/Joshua Wallace Dixon
Joshua Wallace Dixon*
Eric A. Sell
(D.C. Bar ID: 1742565)
CENTER FOR AMERICAN LIBERTY
1311 S. Main Street, Suite 207
Mount Airy, MD 21771
(703) 687-6200

Harmeet K. Dhillon
(D.C. Bar ID: CA00078)
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, CA 94108
(415) 433-1700

*Counsel for Plaintiff Patrick J. Mahoney*
*Admitted pro hac vice*

2