**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **REVEREND PATRICK J. MAHONEY,**<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>**KAREN H. GIBSON, in her Official Capacity as U.S. Senate Sergeant at Arms and Doorkeeper and Chair, United States Capitol Police Board; WILLIAM P. MCFARLAND, in his Official Capacity as U.S. House of Representatives Sergeant at Arms and Member, United States Capitol Police Board; CHERE REXROAT, in her Official Capacity as Acting Architect of the Capitol and Member, United States Capitol Police Board; and J. THOMAS MANGER, in his Official Capacity as Chief of Police, United States Capitol Police and Ex-Officio Member, United States Capitol Police Board,**<br><br>　　　　*Defendants*. | **Civil Action No. 21-2314 (JEB)** |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Motion for Summary Judgment and Permanent Injunction ("Plaintiff's Motion") on Counts I, II, and IV of the Third Verified Complaint (ECF 69), the Memoranda of law submitted in support of and in opposition thereto, the evidence in support of and in opposition thereto, the arguments made by counsel at the hearing, and the entire record and file herein, the Court concludes that there is no genuine issue of material fact that would prevent the Court from granting Plaintiff's request for summary judgment and permanent injunction. Accordingly, Plaintiff's Motion is hereby granted.

The Court hereby enters summary judgment in favor of Plaintiff and hereby declares that the No Demonstration Zone around the Capitol—as set forth in the Demonstration Areas Map

(Appendix G) of the Traffic Regulations for the United States Capitol Grounds (dated January 2, 2024) (the "Traffic Regulations")—is unconstitutional, both facially and as applied to Rev. Mahoney's Proposed Demonstration Activity, insofar as the Traffic Regulations prohibit demonstration activity on the eastern steps of the United States Capitol, the sidewalks immediately surrounding the eastern House and Senate steps, and the paved area immediately surrounding the eastern Capitol steps (up to the area where the sidewalk runs north-south).

Further, the Court finds that Plaintiff will be irreparably injured unless Defendants are permanently enjoined from further violations of the constitution; that Plaintiff's legal remedies are inadequate; that Defendants will not be harmed by the entry of an injunction; and that an injunction is in the public interest.

Accordingly, it is further ordered that Defendants and all other persons who are in active concert or participation with them, including but not limited to the United States Capitol Police, are hereby permanently enjoined from enforcing the No Demonstration Zone around the Capitol— as set forth in the Demonstration Areas Map (Appendix G) of the Traffic Regulations—both facially and as applied to Rev. Mahoney's Proposed Demonstration Activity, insofar as the Traffic Regulations prohibit demonstration activity on the eastern steps of the United States Capitol, the sidewalks immediately surrounding the eastern House and Senate steps, and the paved area immediately surrounding the eastern Capitol steps (up to the area where the sidewalk runs north-south).

SO ORDERED this _____ day of _____, _____.

_____
The Honorable James Boasberg
Chief United States District Judge

2