**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PATRICK J. MAHONEY,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 21-2314 (JEB)** |
| **UNITED STATES CAPITOL POLICE BOARD,** *et al.*, | |
| **Defendants.** | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Memorandum Opinion, the Court hereby ORDERS that:

1. Defendants' Motion to Stay is GRANTED;

2. The injunction is MODIFIED to apply only to Plaintiff and up to four others demonstrating with him.

*/s/ James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: <u>October 16, 2024</u>

1