IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICK J. MAHONEY,

    *Plaintiff,*

v.

UNITED STATES CAPITOL POLICE
BOARD et al.,

    *Defendants.*

Civil Action No. 1:21-cv-2314 (JEB)

## [proposed] ORDER

Upon consideration of Defendants' Unopposed Motion for Partial Stay Pending Appeal, and the entire record herein, the Court hereby ORDERS that

(1) Defendants' Motion is GRANTED; and

(2) The injunction imposed by the Court's Order of May 17, 2024 is hereby MODIFIED to apply during the pendency of the appeal only to Plaintiff and up to fourteen others demonstrating with him, provided that Plaintiff give Defendants advance notice of any gathering involving more than five people and that Plaintiff's gathering not involve the holding or placement of props on the lower Eastern Steps.

IT IS SO ORDERED.

Date: 3/25/25

                                          JAMES E. BOASBERG
                                          Chief Judge

1